NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE M. HADDOCK-LEON,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )     Case No. 2D18-57
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____      )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward
and Mark D. Kiser, Judges.

Howard L. Dimmig, II, Public Defender,
and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.